

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2015

No. 04-15-00035-CV

**ARK DIMENSION 4, INC.** and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**, Personal Representative of the Estate of Dell O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

The trial court's severance order making the partial summary judgment final and appealable was signed on October 15, 2014. Therefore, a motion for new trial or notice of appeal was due to be filed in the trial court within thirty days on November 14, 2014. TEX. R. APP. 26.1. Appellants' motion for new trial was not filed until November 17, 2014. Appellants' notice of appeal was thereafter filed in the trial court on January 5, 2015. The notice of appeal is timely *if* appellants' motion for new trial was postmarked by November 14, 2014, thereby extending the timetable to perfect appeal to ninety days after the date the judgment was signed. TEX. R. CIV. P. 5; TEX. R. APP. P. 25.1(a), 26.1(a)(1). Our records do not contain proof of the date of mailing of appellants' motion for new trial.

Accordingly, it is ORDERED that *within fifteen (15) days* of the date of this order appellants must provide written proof of the date of mailing the motion for new trial by filing either a copy of the postmark affixed by the United States Postal Service, a certified mail receipt, a certificate of mailing by the United States Postal Service, a receipt endorsed by a commercial delivery service, or an affidavit stating the date and method by which the motion for new trial was mailed to the district clerk. *See* TEX. R. CIV. P. 5; *see* TEX. R. APP. P. 9.2(b)(2). If appellants fail to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of the court.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2015.



Keith E. Hottle
Clerk of Court